UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Guillermo Gleizer,
                    Plaintiff(s),    18 CV 5434 (LAP)

        -against-                    ORDER

Macrotecnic International
Corporation,    Defendant(s).
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than August 23, 2022 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska* (signature)

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: August 16, 2022
New York, New York