UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUILLERMO A GLEIZER,<br><br>                    Plaintiff,<br><br>-against-<br><br>MACROTECNIC INTERNATIONAL CORP., PABLO GIANCATERINO,<br><br>                    Defendants. | No. 18 CV 5434 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:   August 23, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1